**Keith E. WYATT, Plaintiff—Appellant,**

v.

**Daniel T. MAHON, Warden, HCC; Fred Schilling, Director of Health Services; Dr. Roger M. Phillips, M.D., Prison Doctor, HRRJ; Dr. John King, M.D., Prison Doctor, HCC; Doctor K.W. Jarrett, M.D., Prison Doctor, HCC; Doctor W.D. Henceroth, M.D., Prison Doctor, PCC; Doctor Benjamin Ulep, M.D., Prison Doctor, Sussex II State Prison, Defendants—Appellees.**

No. 07–7524.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2008.

Decided: July 8, 2008.

Keith E. Wyatt, Appellant Pro Se. Susan Bland Curwood, Assistant Attorney General, Office of the Attorney General of Virginia, Richmond, Virginia; Lisa Ehrich, Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia; Edward Joseph McNelis, III, Elizabeth Martin Muldowney, Rawls & McNelis, PC, Richmond, Virginia, for Appellees.

Before WILKINSON and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith E. Wyatt appeals the district court's order granting Defendants' motions for summary judgment and dismissing claims against Defendant King for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wyatt v. Mahon*, No. 2:06–cv–00348–JBF (E.D.Va. Sept. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*